$_____ PRB ____ FRP ❏ Unsecured ❏ Secured $_____ ❏ Money Order or ❏ Property ❏ Strict Pretrial Supervision ❏ Drug Testing ❏ Mental Health Assessment ❏ Surrender all travel documents with no new application. ❏ Home Detention ❏ Electronic Monitoring. **Travel is restricted to the SDNY & EDNY**_____ ☒ **See Additional Conditions on the back.**

AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Souther District of New York

United States of America )
v. )
)  Case No. 10cr 510-003
Veronica Tobin )
*Defendant* )
)

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:

***Ownership.*** We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

***Surety Information.*** We understand that the court and the United States of America will rely on the surety information in approving this agreement.

***Conditions of Release.*** We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

***Continuing Agreement.*** Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

***Exoneration of sureties.*** This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

***Forfeiture.*** If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.